## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:  Brent Magnussen           )
                                  )    Case No:    13-14971
                                  )    Judge:      Cassling
                                  )    Chapter     7
   Debtor(s)                      )
                                  )

## NOTICE OF MOTION

TO:   Trustee David Grochocinski via ECF
      US Trustee Patrick S Layngvia ECF
      Brent Magnussen Hand Delivered
      SEE ATTACHED LIST

PLEASE TAKE NOTICE that on the 27th day of September 2013, at 9:30 A.M.

or as soon thereafter as I may be heard, I shall appear before the Honorable

Judge presiding in Courtroom 4016 of the DuPage County

Courthouse, 505 N County Farm Rd Wheaton, IL 60158, on the attached Debtor's

Motion to Reopen Case, and shall request that the attached Order be entered, at which

time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at Villa Park, IL before 6:00 p.m. on or before September 16, 2013.

          /s/  Michael E. Fleck

Michael E. Fleck, #6281770
The Fleck Law Group
1S443 Summit Ave Suite 303
Oakbrook Terrace, IL 60181
(888) 353-2588

## Service List

Ad Astra Rec,8918 W 21st St. N Suite 200,Mailbox: 112,,Wichita,KS,67205

Affiliated Acceptance Corporation,Attn: Customer Service,Po Box 790001,,Sunrise Beach,MO,65079

American Honda Finance,6261 Katella Ave # 1 A,,,Cypress,CA,90630

Bk Of Amer,Attn:  Unit/CA6-919-02-41,Po Box 5170,,Simi Valley,CA,93062

Chase,Po Box 15298,,,Wilmington,DE,19850

Credit Bureau Central,Pob 29299,,,Las Vegas,NV,89126

Credit Control Corp,11821 Rock Landing,,,Newport News,VA,23612

Dolr Ln Cent,Attention; Bankruptcy,901 West 10th St.,,Sioux Falls,SD,57104

*Dr Joihn Baker 1891 Claudine Dr Las Vegas, NV 89156-7190*

First Premier Bank,601 S Minnesota Ave,,,Sioux Falls,SD,57104

Illinois Tollway,PO Box 5201,,,Lisle,IL,60532-5201

Kenneth Eise,777 E Missouri Ave. Suite 103,,,Phoenix,AZ,85014

"Nco Financial Systems,",600 Holiday Plaza Dr Ste,,,Matteson,IL,60443

Nissan Payment Center,c/o Lawrence Nathan Associates,3203 E Warm Springs Suite 400,,Las Vegas,NV,89120

Verizon,Verizon Attn: Bankruptcy,Po Box 3397,,Bloomington,IL,61702

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Brent Magnussen ) | |
| ) | Case No:    13-14971 |
| ) | Judge:       Cassling |
| ) | Chapter      7 |
| Debtor(s) ) | |
| ) | |

## MOTION TO REOPEN CASE

Now comes **Brent Magnussen** (hereinafter referred to as "DEBTOR"), by and through his attorneys, The Fleck Law Group, and moves this Honorable Court for entry of an Order Reopening his Chapter 7 case and in support thereof, respectfully represents as follows:

1. On April 10, 2013, the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

3. The case was closed without discharge on August 7, 2013, as Debtor had not paid his filing fees

4. Debtor is ready willing and able to pay his filing fee immediately upon reopening of this case.

Wherefore, Debtor respectfully prays that this Court will enter an order reopening his Chapter 7 case.

Respectfully submitted,

   /s/  Michael E. Fleck

Michael E. Fleck, #6281770
The Fleck Law Group
1S443 Summit Ave Suite 303
Oakbrook Terrace, IL 60181
(888) 353-2588